IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MOSES TIRELL BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:11-cv-1121-TMH |
| | )              WO |
| STANLEY GARRETT, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge filed on January 23, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4 ) filed on January 12, 2012 is adopted;

3. Plaintiff's complaint challenging matters arising from the alleged illegal search and seizure which occurred on June 10, 2009, is DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) as the complaint is not filed within the time prescribed by the applicable period of limitations.

4. This case is DISMISSED with prejudice prior to service of process.

DONE this the  24th   day of February, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE